UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　Dionicio Mena<br><br>　　　　　　　　Debtor | Chapter 13<br>Bankruptcy No.22-10135-PMM |

CERTIFICATE OF SERVICE

　　I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 3rd day of May, 2022, by first class mail upon those listed below:

Dionicio Mena
1986 Old Philadelphia Pike
Lancaster, PA  17602

**Electronically via CM/ECF System Only:**

BRAD J SADEK ESQ
SADEK & COOPER LAW OFFICES LLC
1315 WALNUT STREET    SUITE 502
PHILADELPHIA, PA  19107

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Kristen Gliem
　　　　　　　　　　　　　　　　　　　　　　　　―――――――――――――――――
　　　　　　　　　　　　　　　　　　　　　　　　Kristen Gliem
　　　　　　　　　　　　　　　　　　　　　　　　for
　　　　　　　　　　　　　　　　　　　　　　　　Scott F. Waterman, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee