IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Dionicio Mena | : | Chapter 13 |
| | : | Case No.: 22-10135-PMM |
|    Debtor(s) | : | |

**PRAECIPE TO CHANGE DEBTOR(S) ADDRESS**

TO THE CLERK:

Kindly mark the above captioned Debtor's _mailing address_ as follows:

P.O BOX #516 LOUGHMAN, FL 33856-0516

Dated:  May 12, 2022         */s/ Brad J. Sadek*
                             Brad J. Sadek, Esquire
                             Counsel for Debtor(s)