| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 22-10135-PMM

Dionicio Mena  
MAILING ADDRESS:  
P O BOX #516  
LOUGHAM  FL  33856-0516

Petition Filed Date: 01/20/2022  
341 Hearing Date: 03/08/2022  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/28/2022 | $188.00 | 19357780639 | 02/28/2022 | $500.00 | 19357780638 | 03/25/2022 | $819.00 | 28027681121 |

**Total Receipts for the Period:  $1,507.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $1,507.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | PA DEPARTMENT OF REVENUE »» 01S | Secured Creditors | $4,711.30 | $0.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE »» 01P | Priority Creditors | $2,891.14 | $0.00 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE »» 01U | Unsecured Creditors | $12,726.35 | $0.00 | $0.00 |
| 0 | BRAD J SADEK ESQ | Attorney Fees | $3,040.00 | $0.00 | $3,040.00 |
| 4 | UNITED STATES TREASURY (IRS) »» 02S | Secured Creditors | $32,344.46 | $0.00 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS) »» 02P | Priority Creditors | $15,640.36 | $0.00 | $0.00 |
| 6 | UNITED STATES TREASURY (IRS) »» 02U | Unsecured Creditors | $12,726.35 | $0.00 | $0.00 |
| 7 | CAPITAL ONE AUTO FINANCE »» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | EAST LAMPETER TOWNSHIP »» 004 | Secured Creditors | $7,269.78 | $0.00 | $0.00 |
| 9 | PYOD LLC »» 005 | Unsecured Creditors | $471.22 | $0.00 | $0.00 |
| 10 | JEFFERSON CAPITAL SYSTEMS LLC »» 006 | Unsecured Creditors | $403.08 | $0.00 | $0.00 |
| 11 | FAY SERVICING LLC »» 007 | Mortgage Arrears | $61,129.65 | $0.00 | $0.00 |
| 12 | UNITED STATES TREASURY (IRS) »» 08S | Secured Creditors | $32,344.46 | $0.00 | $0.00 |
| 13 | UNITED STATES TREASURY (IRS) »» 08P | Priority Creditors | $15,640.36 | $0.00 | $0.00 |
| 14 | UNITED STATES TREASURY (IRS) »» 08U | Unsecured Creditors | $12,726.35 | $0.00 | $0.00 |
| 15 | FAY SERVICING LLC »» 07P | Secured Creditors | $7,772.30 | $0.00 | $0.00 |

Chapter 13 Case No. 22-10135-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,507.00 | Current Monthly Payment: | $1,874.00 |
| Paid to Claims: | $0.00 | Arrearages: | $1,874.00 |
| Paid to Trustee: | $120.56 | Total Plan Base: | $104,577.00 |
| Funds on Hand: | $1,386.44 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.