**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Dionicio Mena <br> <u>Debtor</u> | Chapter 13 |
| Wilmington Savings Fund Society, FSB, As Owner Trustee, For the NRPL Trust 2019-3 Mortgage-Backed Notes, Series 2019-3 <br> <u>Movant</u> <br> vs. | NO. 22-10135 PMM |
| Dionicio Mena <br> <u>Debtor</u> | 11 U.S.C. Section 362 |
| and Scott F. Waterman, Esq. <br> <u>Trustee</u> | |

## **ORDER**

AND NOW, this 15th day of September, 2022 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on June 27, 2022, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Wilmington Savings Fund Society, FSB, As Owner Trustee, For the NRPL Trust 2019-3 Mortgage-Backed Notes, Series 2019-3 and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises: 1986 Old Philadelphia Pike, Lancaster, PA 17602.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Patricia M. Mayer*

United States Bankruptcy Judge