**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Dionicio Mena | : | |
| | : | Case No.: 22-10135-PMM |
| Debtor(s) | : | |

## <u>CERTIFICATE OF SERVICE</u>

    I, Brad J. Sadek, Esq., hereby certify that on September 30, 2022 a true and correct copy of the reinstated <u>Order Dismissing the Chapter 13 Case and Retaining Jurisdiction</u> dated <u>September 29, 2022</u> was served by electronic delivery or Regular US Mail to the Debtor, secured and priority creditors, the Trustee and all other directly affected creditors per the address provided on their Proof of Claims.  If said creditor(s) did not file a proof of claim, then the address on the listed on the Debtor's credit report will be used for service.

<u>Date:</u>  <u>September 30, 2022</u>

                                                        */s/ **Brad J. Sadek***
                                                        Brad J. Sadek, Esq.
                                                        Attorney for Debtor(s)
    Sadek & Cooper Law Offices
    1500 JFK Boulevard – Suite 220
    Philadelphia, PA 19102
    215-545-0008
    brad@sadeklaw.com