### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
|    Dionicio Mena | : | Chapter 13 |
| | : | Case No.: 22-10135-PMM |
|    Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

    I hereby certify that neither an objection to the compensation nor an application for administrative expenses has been filed and respectfully request that an Order be entered in this matter.


Dated: October 21, 2022                            /s/ Brad J. Sadek, Esquire
                                                                                         Brad J. Sadek, Esquire
                                                                                         Sadek and Cooper Law Offices, LLC
                                                                                         1500 JFK Boulevard Suite 220
                                                                                         Philadelphia, Pa 19102
                                                                                         215-545-0008