United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                   Case No. 22-10135-pmm
Dionicio Mena                                                                                     Chapter 13
Dionicio Mena
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: admin          Page 1 of 2
Date Rcvd: Oct 27, 2022       Form ID: pdf900     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Dionicio Mena, 1986 Old Philadelphia Pike, Lancaster, PA 17602-5706 |
| db | + | Dionicio Mena, MAILING ADDRESS, PO BOX #516, Loughman, FL 33858-0516 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 29, 2022                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2022 at the address(es) listed below:

**Name**              **Email Address**
BRAD J. SADEK
                      on behalf of Debtor Dionicio Mena brad@sadeklaw.com
                      bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

BRIAN CRAIG NICHOLAS
                      on behalf of Creditor Wilmington Savings Fund Society FSB, As Owner Trustee, For the NRPL Trust 2019-3 Mortgage-Backed Notes, Series 2019-3 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
                      ECFMail@ReadingCh13.com

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 27, 2022 | Form ID: pdf900 | Total Noticed: 2 |

United States Trustee
          USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

<u>**EASTERN DISTRICT OF PENNSYLVANIA**</u>

IN RE: Dionicio Mena,                       :        Chapter 13
                                            :
                                            :
           Debtor.                          :        Bky. No. 22-10135 PMM

# **O R D E R**

**AND NOW**, **WHEREAS**:

A. The Debtor's counsel Brad J. Sadek ("the Applicant") has filed an Application for Allowance of Compensation (doc. no. 57, "the Application").

B. The Application is being considered following the dismissal of this case, consistent with <u>In re Lewis</u>, 346 B.R. 89 (Bankr. E.D. Pa. 2006).

C. The Applicant has certified that proper service has been made on all interested parties and that there has been no response filed.

D. Reasonable and allowable compensation is allowed to the Applicant in the amount of $4,250.00.

E. It is therefore, **ORDERED** that:

1. The Application is **GRANTED**. The Trustee is authorized to pay counsel <u>**$2,380.00 (the allowed amounts of $4,250.00 minus the $1,870.00 received pre-petition)**</u>.

2. The Chapter 13 Trustee is authorized and directed to distribute the allowed amounts to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), all funds in his possession that are available for distribution to the Applicant.

Dated: October 27, 2022

                                        _____
                                        **PATRICIA M. MAYER**
                                        **U.S. BANKRUPTCY JUDGE**